

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-14-00050-CV

---

DENNIS HELBERT, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATES OF U.V. HELBERT AND NORMA IRENE HELBERT, AND AS TRUSTEE OF THE TRUST CREATED FOR THE BENEFIT OF GARY HELBERT BY THE LAST WILL AND TESTAMENTS OF U.V. HELBERT AND IRENE HELBERT, APPELLANTS

V.

GARY HELBERT, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B36605-0904, Honorable Edward Lee Self, Presiding

August 11, 2014

## ON MOTION TO ABATE

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On July 31, 2014, the parties filed an agreed motion to abate this appeal. This motion indicates that the parties have reached a tentative settlement of all claims but that a final accounting of the estate must be performed by the trial court in order for the settlement to be effectuated. Because this motion complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(2)(C), we grant the motion.

Accordingly, without consideration of the merits, this cause is abated and remanded to the trial court to permit proceedings necessary to effectuate the agreement of the parties. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(2)(C). The parties are jointly directed to provide this Court with a status report regarding this case at least every thirty days until the parties' settlement has been finally effectuated. The first status report is due to be filed in this Court on or before Thursday, September 11, 2014. Upon entry of judgment in accordance with the parties' settlement, the parties are directed to file a motion to dismiss this appeal.


Per Curiam